UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.C., individually and on behalf of K.K.,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

**ORDER**

20 Civ. 3047 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       For the reasons stated in today's hearing, Defendant's motion to vacate the Clerk's certificate of default (Dkt. No. 20) is granted, and Plaintiffs' motion for a default judgment (Dkt. No. 17) is denied.

       It is hereby ORDERED that the case is stayed for purposes of settlement discussions until September 7, 2020.

       It is further ORDERED that there will be a status conference in this matter on **September 10, 2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

       The Clerk of Court is directed to terminate the motions (Dkt. Nos. 17, 20).

Dated: New York, New York
       July 9, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge