UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.C., individually and on behalf of K.K.,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

**ORDER**

20 Civ. 3047 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the stay in this case is extended to **October 13, 2020**.

It is further ORDERED that if no settlement is reached by October 13, 2020, the following briefing schedule will apply to Plaintiff's proposed motion:

1. Plaintiff's moving brief is due on **October 27, 2020**

2. Defendant's opposition brief is due on **November 10, 2020**; and

3. Plaintiff's reply brief, if any, is due on **November 17, 2020.**

Dated: New York, New York
       September 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge